IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
PITTSBURGH

| | | |
|---|---|---|
| SARA PARTEE, | ) | |
| | ) | |
| Plaintiff, | ) | 2:22-CV-00815-CRE |
| | ) | |
| vs. | ) | |
| | ) | |
| SYGHT, INC., | ) | |
| | ) | |
| Defendant, | ) | |
| | ) | |

**ORDER**

AND NOW, this 2nd day of November, 2022,

IT IS HEREBY ORDERED that Defendant Syght Inc.'s Motion to Transfer under 28 U.S.C. § 1404(a) is GRANTED and the Clerk's Office is directed to transfer this civil action to the United States District Court for the District of Colorado FORTHWITH.[1]

By the Court:

s/ Cynthia Reed Eddy
United States Magistrate Judge

cc: all registered counsel via CM-ECF

---

[1] The United States District Court for the District of Colorado is informed that this case may be related to a pending case in this District: *Syght Inc. v. Sara Partee et al.*, 22-cv-777-CMA-KLM.

1